U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   MAY -5 2023
CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CIVIL ACTION                    Number: _____

# GRAND LARCENY REAL ESTATE THEFT, CORRUPTION, MISAPPROPRIATION OF FEDERAL FUNDS, DOMESTIC VIOLENCE, DISCRIMINATION, ABUSE OF POWER OF AUTHORITY, FORGERY, THEFT OF UTILITY SERVICE, CRIMINAL DAMAGE TO PROPERTYINTENTIONAL TORT, FALSE IMPRISIONMENT, TRESSPASS WITH INTENT TO CAUSE BODILY HARM

I, Karla Kaye Klenert, Address, 49567 Louisiana State Highway 16, Denham Springs, Louisiana 70706, Saint Helena Parish, request through the Power of Authority Held by your Honorable Position the following with respect to my attempted Murder by Stephen Carl Norder, and the Parish of Saint Helena. I have sustained serious injuries and my quest to bring this matter to the proper authorities for Justice due to such confusion by the manipulated and chaotic trail of hidden facts and many attachments to this Action. I am not an Attorney, but I took an Oath and Promise to my Father that I intend to keep at all costs. Hence my final attempt by filing Civil Action.

1.   Nathaniel "Nat" Williams, Saint Helena Parish Sheriff and Tax Collector AND

     Saint Helena Parish Police Jury

     Criminal Trespass, Property Theft, Invasion of Privacy, and Misappropriations of Federal Funds.

     The Parish of Saint Helena made Parish Road on Private Property owned by me, and installed signage of Ownership on PRIVATE PROPERTY.

     LOCATION POINTS – NESOM ROAD, "CRAWFISH LANE" (TO BE INVESTIGATED), AND CALMES ROAD

     The Parish of Saint Helena received Federal Funding and allocated, spent and coordinated funds on Private Property that does not support the nuisance of Noise and Dust supporting a questionable Gravel Operation that was permitted by the Parish.

     Evidence of the waste of tax payers dollars is supported by fact there was never a culvert installed. This is private land that I own.

     I request an immediate and effective date ordered to seize and desist operations and request IMMEDIATE ROAD CLOSURE until PROPER SURVEY HAS BEEN SECURED ENTRY POINT NESOM ROAD.

     Nathaniel "Nat" Williams, through my request to seek Justice for the criminal activities and repetitive Trespassing Violations, and Initial Report Utility Theft, On January 11, 2021, and Deputy Roosevelt Nicholes blatant disregard to the Severity of this crime, I seek Exemplary Disciplinary Measures by Rule of Order and Removal from Law Enforcement Positions of Authority FOR LIFE.

     Nat has used his authoritative position by Title of Sherriff and Tax Collector to impose his Discrimination and Alliance to the Black Lives Matter Campaign, which is a HATE CRIME.

     His Abuse of Power was forced in 1991, where I was FALSLY IMPRISONNED and HELD AGAINST MY WILL, as was REPEATATIVELY INJECTED WITH NEEDLES, at a holding facility that is no longer in existence, where I was forced to comply with a diagnosis of Bi.Polar, which has Violated my Constitutional Right to Bear Arms through State Requirements against a forced admission into a psychiatric facility.

2.   CLIFTON T. SPEED AND SAINT HELENA PARISH ACCESSORS OFFICE FILINGS

As hired attorney for the Estate of William David Klenert, and under his directions and filings into Court a Survey Map, obtained through a David Lanier with IMPROPER MEASUREMENTS AND DESCRIPTIVE OWNERSHIP OF BOUNDARY LINES, the accuracy of MAP ON RECORD IN FACT IS DISPUTED, by source measurements and ethical violations of practice.

As such UNGRANTED duplications of PRIVATELY OWNED SURVEY RIGHTS, the reproductions used against the William David Klenert Estate are hereby SIEZED. SPECIFIC NOTE TO ANY AND ALL REAL ESTATE TRANSACTIONS FILED AND ON RECORD THROUGH THE PARISH OF SAINT HELENA CLERK OF COURT OFFICE, AND ACCEPTED INTO ANY PERMITTING REQUIREMENTS MADE BY PARISH OF SAINT HELENA UNTIL FURTHER NOTICE and SPECIFIC REFERENCE TO ANY AND ALL SURVEYS PERFORMED BY THE FIRM OF MCLIN ASSOCIATES.

JAMES ELTON NOLAN, obtained Acreage based on David Lanier Survey, and used the deceptive means of obtaining such for a total of 10 years, such waiting period to begin mining operations without my ownership of 50%. Thereby I place a lien on earning obtained and demand said accounting of operations be submitted by order of the court. INCLUDING ANY AND ALL TRANSACTIONS THEREAFTER.

SAMUAL HOUSTON SIMS AND DEBORAH BALLARD SIMS, obtained Acreage based on David Lanier Survey, and created a disturbance and caused damage to property exceeding the value sold. As evidenced by noted entry into the Tax Assessment of Dixie Electric Membership Cooperation, I seek the charges of Forgery and Theft of Utilities be filed against both parties.

STEPHEN CARL NORDER AND CHERYL OWEN NORDER, is BOUND BY MARRIAGE, and Stephen Carl Norder is an ADULTERER, and CHARGES FILED TO ALL FIVE COUNTS:
1. PASSIONATE ADULTERY
2. ENERGETIC ADULTERY
3. MENTAL ADULTERY
4. VISUAL ADULTERY
5. SPIRITUAL ADULTERY

Deuteronomy 22:22; if a man be found lying with a woman married to an husband, then both of them shall die. I am an unmarried woman.

As per my Petition to file for Exemplary Damages, and due to the Permanent Damages Inflicted by his indiscretions, I seek the DEATH PENALTY be cast upon Stephen Carl Norder.

JULIE EASTERLY, was befriended by means of the WWW (.www) Word Wide Web by means of FaceBook, an online social media account. She advertised herself as a Real Estate agent through Keller Williams, however no contractual meeting was outside from her Residence with regards to Real Estate transaction on Lot K1, which was also used by the David Lanier Survey. Ms. Easterly made highly offensive racial slurs and proceeded to slander and defame my character after I Withdrew MLS Listing from her Representation.

I seek a Charge of Defamation of Character and a Personal Injury Claim of $50,000.00, and a FOREVER NO CONTACT ORDER.

As received answer from an Attorney representing the Parish and named Frank Johnson who was arrested, but no further action has been disclosed to the Public regarding the use of Federal Funds to pave an entry way for a shady Gravel Mining Operation that is causing havoc. This was a private entry onto my property that the Parish claimed ownership of. There was never permission or transfer of ownership granted. They spent a lot of money on entry and there is not even a culvert. This is private property containing approximately 3 acres of Timber of some of the tallest Pine Trees in the World. Stephen Carl Norder, Jeff Bellington with DEMCO has ALTERED AND FORGED altered my Utility Accounts and submitting into Tax Assessor in fact stealing even more real estate acreage. My account costs has tripled and my meter and accounting numbers have been changed since they installed poles and wires that is causing my trees to die.

The return response from my petition of questioning has resulted in a response that they are claiming as a Political Subdivision and seeking Protection from answering.

Saint Helena Parish Governing Authority, Police Jury, named Frank Johnson who was in fact arrested, but my understanding is nothing is being done, or can be done. Hence my personal Petition.

1. The responsible party of the Paving Project on non Parish Enducted Right of Way, without Permission, or Consultation from Private Landowner, being myself, have PRIVILEDGE OF ENTRY, AND YOU HAVE TRESPASSED, AND ALLOWED ENTRY INTO ROAD TO SUPPORT AN UNINVITED ENTRY INTO MY PROPERTY, CAUSING NOISE, DUST AND SUBSTANATIAL ENVIROMENTAL IMPACTS TO THE ECONOMIC DEVELOPMENT BY TRANSPORT OF ARIFACTS
2. SUCH OVERSPENDING TO PAVE SUCH OPERATIONS, WITHOUT EVEN INSTALLATION OF CULVERT IS A MALICIOUS AND FRIVILOUIS WASTE OF TAX PAYER DOLLARS.
3. WE THE PEOPLE, have the right to know.
4. Look at the State of this Parish and the substanatial damage has endured.
5. Personal injuries sustained from burn to the foot and the Rights of my Animal, I hereby declare a
   $50,000.00 PERSONAL INJURY CLAIM
   $50,000.00 ANIMAL RIGHTS CLAIM          PERSONAL INJURIES: 100,000.00

   I request by order of the court that garnishment be received from PERSONAL INCOME RECEIVED.
6. Violations against my Civil Rights to request for Expenditure of Federal Funds Warrant the Rule to Transfer into the United States Middle District Court

regarding Grand Larceny Theft through means of Land Survey (Reference 2, Attachment 2; 1.1), and misguided legal counsel hired to perform duties regarding the Estate of William David Klenert. (Attachment 3; 1.1)

As noted by (Reference 1; Attachment 1.1) Mr. Speed failed to file proper documentation through the Clerk of Courts office thereby omitting my Privileged Power of Authority over this Estate.

Mr. Clifton Speed, was hired representative of Stephen Carl Norder in my Filed Petition from Abuse filed January 7, 2022 (C.1291, Division J). On January 25, 2022, this Protective Order was ordered by Honorable Judge Patricia Hicks. I was mailed the following Demands that was received by Order signed for by Judge Cashe:

> *As requested copies of Protective Orders filed within the Clerk of Courts office, the*
>
> *omissions of his Request for Reconventional Demand that included In response to an*

*order to Answer to the Plaintiff's Petition and Reconventional Demand, Notice of and Request for Admission of Facts and Genuineness of Documents, Certificate, Notice to Cease and Desist, Defendant-Plaintiff in Reconvention's Request for Production of Documents, Request for Production Number 1, Request for Production Number 2, Request for Production Number 3, Request for Production Number 4, Request for Production Number 5, Request for Production Number 6, Interrogatories, Interrogatory Number 1, Interrogatory Number 2, Interrogatory Number 3, Interrogatory Number 4, Interrogatory Number 5, Interrogatory Number 6, Interrogatory Number 7, Interrogatory Number 8, Interrogatory Number 9, Interrogatory Number 10, Interrogatory Number 11, Interrogatory Number 12, Interrogatory Number 13, Interrogatory Number 14, Interrogatory Number 15, Interrogatory Number 16, Interrogatory Number 17, Interrogatory Number 18, Interrogatory Number 19, Interrogatory Number 20, Interrogatory Number 21, Interrogatory Number 22, Order Judge Jeffrey Cashe, Division "J", 21st Judicial Court, and Memorandum with Facts, Legal Argument and Conclusion, and Certificate.*

As to which I complied with respect by Court Order, however after later requesting copy of such filings into Court Orders on file, these documents have been omitted from the filings. (Attachment 4; 1-11); Specific Reference to my submission of the Summary of Events, Medical Expenses, Legal Expenses, Reimbursement Requests, have also been omitted. (Attachment 5; 1-10).

Stephen Carl Norder and Cheryl Owen Norder attempted to recruitment of my participation in their Polygamy Lifestyle. And the desire to keep such hidden from the General Public, along with non disclosure and misrepresentation of character used to obtain Real Estate Property to conduct such lifestyle choices is FORBIDDEN AND ILLEGAL practices. This was undisclosed and the phycological warfare used against me through my suspicions and refusal of involvement put me in a very dangerous situation without proper outlet to express or advice as it was DEMANDED, THREATENED AND ORDERED TO COMPLY AND REMAIN SILENT.

As evidenced by my failed attempts to receive Justice through the use of the Standard Form for Petition created developed and used as the only means one who finds themselves in such circumstances have available. (Reference C.1291, Div J; 1.25.22; and C.1350; Div K.) as no such box is available for MISTRESS. A title I refuse to accept. I am unmarried and by his own admission and signature obtained through a Hold Harmless Agreement signed and Attached (Reference Attachment 4, page 11) I am not the At Fault Party to his choice of lifestyle or adultery. As I was placed into situations due to the isolation tactics and fear evoked into my personal safety, I complied to his demands. And faced my Judgement in Open Court heard by Hearing Officer Jay Futrell; and witnessed by my Daughter and Mother, to bring Shame upon me and to discredit my character. I did confess to such participation to allow Cheryl Owen Norder the ability to free herself from commitment, as we all have free will to our choices of acceptance.

The intentional infliction of phycological, physical and emotional abuse that has occurred and sustained due to Mr. Norder's MALCICIOUS, INTENTIONAL INFLICTION of chaos and confusion created through the manipulative tactics used through documentation altering and omissions used to bully, stalk, bribe and to create a hostile environment using gaslighting and triangulation confuse through multiple edits and alterations of documentation to commit Grand Larceny Theft of Real Estate by land survey misappropriations of Acres of unharvested Timberlands with

modest value of $1,000,000,000.00 (ONE TRILLION DOLLARS), which is outside of his ability to pay.

In 2017, I was introduced to Stephen Carl Norder and his claimed wife Cheryl Owen Norder by Samuel Houston Sims who I personally entered into a Real Estate Contract Agreement with on May 30, 2017. Mr. Norder obtained a copy of Survey obtained from the Sims Real Estate Transaction created for my Excusive Use (Reference to Attachment 6), and would not accept No for an answer with specific regards to Lot K-4 (2.333 acres) that was NOT INTENDED FOR SALE, and Mr. Norder's self-admission of that is noted in Sworn Interrogatories I challenged during the first filing for protection through the 21st Judicial Court (C-1291, Div. J). (Reference – Response to Interrogatory Number 5; Attachment 2; 1-3)  (Attachment 6 Reference – Property Survey, Exclusive Use of Karla Klenert, Prepared 5.11.2017, Brett Martin, PLS, 5135, McLin Taylor, Inc.; Attachment 6)

Due to the relentless efforts Mr. Norder continued, I did agree after I requested personal meeting with Cheryl Owen Norder, who misinformed the accurate Nature of Character. As this statement I make is accurate, and they have done everything to disclose from public knowledge. As I previously made claim in Initial Protective Order Request Number: C-1291; Div. J. As I personally do not care how this family dynamic chooses to live their lives, I find it HIGHLY offensive to be introduced without disclosure of such activities, and such activities involving such acts, are still considered a crime against nature. Regardless of the acceptance into the new social acceptance, and I personally find this a HATE CRIME AGAINST WOMEN, and I will NEVER ACCEPT participation. Due to my personal religious beliefs, I hold to my CONSTITUTIONAL RIGHTS FOR FREEDOM OF REGLION, AND THE FREEDOM OF SPEECH. Although by my repeated attempts to seek protection through both the Judicial and Public Services has failed me, due to the use of a Pre-Determined Document and the Manipulative Measures used to allow such horrific acts of emotional torture and domestic violence cases to go unheard, or unrecognized for Women and Children that would never have been able to have this matter addressed as Domestic means A PRODUCT NOT MADE ABROAD.

Due to my personal stance on this matter, and my personal mission to NEVER allow such behaviors affect the generations of Women, and Children a platform better equipped to provide basic human rights with accessible clean water and food and shelter.

Due to my unwavering commitment through this nightmare of torture that I did not solicit into my life, by my survival of the Emotional and Physiological, Financial, and Physical Torture has not been in vain. Although my life was placed at a lower value than a movable gooseneck trailer, I matter to my children. And due to lifelong abusive situations that I have found myself in, my healing journey by the Grace of God will be just as long.

Thereby trying to place a monetary value on a permanent and life altering infliction of suffering onto another person out of simple desire that HURT people in fact HURT people.

On January 11, 2021, (Complaint 21-000089) Filed Saint Helena Parish Sheriff's Office Complaint with regards to Disturbance, notification of Water and Electrical Tampering Notification

I was in the process of doing laundry and washing dishes when suddenly my water supply was interrupted. As I made way to my incoming water meter, which is approximately 300 feet and installed at the western portion of my property in parallel to Parish Named Road NESOM, I

discovered that Stephen Carl Norder had a dug a hole, turned off my incoming water supply and installed a make shift water supply with a faucet attachment, WITHOUT NOTICE OR REQUEST.

I made decision to request assistance with ongoing TRESPASSING VIOLATIONS, by contacting the Saint Helena Parish Sheriff's office with specific reference to Stephen Carl Norder and his associates. (Attachment 7 Pages 1-3)

The misappropriation and determination of Reporting Officer Roosevelt Nicholes Under the Saint Helena Parish Sheriff's Office, failed to accurately cite and summons under RS 14:110.3 Tampering with surveillance, accounting, inventory, or monitoring systems, specific note (Attachment 7, Page 2), at which time I expressed the ongoing violations between myself and Mr. Norder's malicious attempts to bully and exert dominance and control, both over my personal life and my Real Estate Property. This particular misguided interpretation of the laws and failure to acknowledge even though witnessed proved to be at the detriment of my personal safety.

Due to the rising cost of my Electrical and Water Utilities, specific note to my personal DEMCO account bearing Account 207009 and my request for payment extension and existing service light power back on has not been completed, and my account came back as Restricted for payment extensions. In 2017, I was met by a representative of DEMCO during an onsite meeting regarding the requirements to install electrical services to 3931 and 3945 Nesom Road, Denham Springs, LA 70706 I was asked to sign a document granting permission to proceed. On such meeting, I made it very clear that I desired in ground electrical and not poles as I was considered how this would affect my Timber, specifically 3 of the largest pines in existence. I made personal appearances 2 times to the Demco Headquarters in attempts to gain copy of this document, at which time I was directed by office Clerk Charlie that I would have to have a COURT ORDER to obtain. This was the purpose of filing Protective Order C.1350 Div K on March 28, 2023, which was signed by Judge Jay Futrell, including my attachment of a Force Majeure with attachment including Certified Mailing Receipt Effective February 16, 2023. (Attachment 9; 1.1)

As my water costs have also risen and the installation of my water meter is located at the Parish access location of Nesom Road, which is a current contention of Violations against the Parish with a Gravel Operation run by Tony Mesinna, and Frank Johnson's pending investigation for charges of Bribery. I personally filed Civil Suit at my personal expense (C-25041 scheduled on May 19, 2023. In my efforts to find source of the continued disturbance that has been a nuisance and disturbance of Heavy Loads, Dust and Noise and the questionable operations of such operations as it is and has remained operational without any notifications, or information from the Governing Authority of Saint Helena Parish. This entry is a portion of my Estate and was never granted, purchased or requested use from the Parish, nor has any land transfers been granted to the Parish. This Road was used by Federal Funds and were completely wasted as an attempt to keep my silence and outrage of this issue. The facts are that there is not even an INSTALLED CULVERT. As this was a PRIVATE SERVITUDE to my Mother's Family hence the name Nesom Road (established by the kindness of the Parish), which I find HIGHLY OFFENSIVE AS LAND OWNERSHIP WAS NEVER GRANTED INTO THE NESOM NAME. This is disturbing the NATURAL WATER FLOW NAMED CHANEY BRANCH, that has not properly been maintained since Hurricane Katrina, and Later Hurricane Ida. The flow of this natural flow belongs and drains through my home location. As the Powers of Authority wants to DICTATE, plan and persuade their desires for improvements, the inability to work WITH me has FAILED. As I am a private citizen, I do not have access to the funding, equipment or manpower and the arrogant natures of the Parish Authority only hinders progress. Due to the misuse and misappropriation of funds I have ZERO faith in the decision making authorities thereby I request the amount of $4,000,000.00 (Four Million Dollars) property settlement due to the Theft of Property contained approximately 3 acres and damage sustained to the beautiful tree lined canopy.

I also request immediate Seize and Desist Order from Gravel Operations be enforced and the access point be denied entry to any vehicles bearing the load capacity of over be denied. This is a safety hazard, a nuisance, a noise and dust complaint ongoing and without resolve. And the purpose of economic development is in fact leaving the Parish. When operations of such mining is a violation against the Native Indian Removal of Artifacts. Due to road improvements that were contracted through the use of Barrier Construction, without the installation of an underneath road culvert at entry point, and the funds used came from Federal Grant Funds Received, I will remove my Personal Service towards Frank Johnson, and request Motion to Move into United States Middle District Court, by your Signature Into Order that allows the proper investigation and authority to enter into the Parish to determine the facts which are currently being held silently claiming Judicial Protection.

My personal investigation into this matter has resulted in the Personal Injuries and Attacks upon my life.

January 12, 2022, Mr. Norder Trespassed with the Intent to Cause Bodily Harm, where I was transported by Ambulance, then transferred into Permeter Behavioral Health from January 13 through January 18, 2022. While receiving treatment from the Substances provided maliciously by Steve, I returned to find that my 2 beloved dogs Little Girl (LG) and Mildred were gone. As previously while in my care, my daughters dog, Ally was STOLEN and never returned. As I still cry as I type this, I feel that Steve should be charged with there murder. As they were more protection as the Sheriff Office ever provided to me during this crisis situation. As they were muts and stays to everyone else, they were my family and loved me as much as I loved them. And THIS IS UNFORGIVEABLE to me. As they have no voice, I will never receive closer, nor can they ever be replaced either. I also discovered REMOVAL of my back window to my Mobile Home Trailer on Lot K1 (address: 49481 LA Highway 16, Denham Springs, LA 70706), which was where my Mother resided after the death of my Father in 1999. As also provided in my response that was removed into evidence (Attachment 5)

Mr. Norders attempts to obtain my total identity would have been successful as this hidden evidence would have never been discovered.

The dismissals of Sheriff Protection, and the REQUIREMENTS that I provide Medical Records to substantiate my claims are VIOLATION OF MY RIGHTS, however, I did provide, only to be specifically injured by DShon Muse, who was not in uniform, I can not confirm his employment through the Sheriffs Office, however he is in fact a commissioner on the Saint Helena Parish Hospitals Commission by Infliction of Further Injuries of Spinal Fractures and a Traumatic Brain Injury sustained over my action to remove a gooseneck movable trailer that has been blocking my servitude and access to my 30 acres of property. As described in INITIAL COMPLAINT FILED January 11, 2021. (Attachment 7)

August 30, 2022, I was arrested and charged with 14:63/1 Criminal Trespass, and 14:67 Theft, on same such items I Initially Reported on January 11, 2021. (Attachment 8)

The abuse of Authoritative Powers by False Imprisonment, used by:

    Nathaniel "Nat" Williams, Sheriff, Saint Helena Parish, and Ex-Officio Parish Tax Collector

    19 N. 1st Street, Greensburg, LA 70441

Initial incident 1991, and subsequently and repeatedly throughout his tenure in office with relentless measures to gain Power of Authority through attempted Sheriff Sale of Property, 2015. Specific Reference: August 30, 2022.

                                                       Traumatic Brain Injury Infliction $100,000.00

                                                      False Imprisonment        $100,000.00

On August 30, 2022, Deputy Tanner Mansuer, and Deputy Eric Price, entered my home, placed me in handcuffs, and transported me to the Saint Helena Parish Jail, where I later learned I was arrested on Charges RS 14:63/1 Criminal Trespass; and RS 14:67 Theft. (Attachment 1; 1.1)

On January 10, 2022, through the Justice of the Peace in the 4th Ward within my Jurisdiction, Judge Leon Hampton, after personal investigation, along with proper documentation of servitude ownership, granted a Possession of Ownership as such moveable trailer had been abandoned and blocking access to the remainder of my Thirty (30) acres without proper identification tags of ownership for over a 3 year period, and multiple requests to have such trailer removed was dismissed and laughed about by both Samuel Houston Sims, and specifically Stephen Carl Norder both denying knowledge of ownership. SPECIFIC NOTE OF PRIVATE DEDICATION (PAGE 4)(Attachment 2; 1-4)

I obtained counsel through the Mack Law Firm in the amount of Three Thousand Five Hundred Dollars ($3,500.00), for representation in the dismissal of Criminal Charges brought against me, with Success. However, the multiple attempts of contacting Mr. C. Glenn Westmoreland regarding filing suit towards my accusers went unanswered, and non responsive to the return of arrest, bail and correspondence between a Tommy McCallister who approached me through social media claiming ownership and providing a false address where mailed judgement was returned undeliverable. After filing a complaint with the Louisiana Attorney Disciplinary Board, I was returned the arrest documents after hearing on a Petition for Protection on February 27, 2023, by neglect causing delays to provide support evidence, and the failure to return supporting documentation of a $1,600.00 payment made for bail bond. (Attachment 2)

I was held on Bond of Ten Thousand Dollars ($10,000.00), and ordered to appear in Court, where the charges were dismissed by the 21st District Attorney after evidence of OWNERSHIP was submitted.

As specified in the Judgement of Possession, (Attachment 2; 1), "I seek to file criminal charges on any and all parties involved", I request by Order of the high court hold accountable, and demand release of named parties, through the Saint Helena Parish Sheriff's office, Nathanial "Nat" Williams, release such records, along with addresses, bond, bail and all correspondence regarding complaints and grievances requested for assistance, request process service and summons to appear be Ordered for Court Proceedings scheduled for May 19, 2023.

February 17, 2023: The Personal Injuries sustained in the Saint Helena Parish Courthouse

    DeShon Muse, Board of Commissioners; Saint Helena Parish Hospital

    16874 Highway 43, Greensburg, LA 70441

On February 17, 2023 I was at the Greensburg Parish Courthouse where I was completed the required documentation to complete a Standard Domestic Protective Order against Stephen Carl Norder. On the 2nd Floor during the court session of Honorable Judge Ables, where I was escorted in through Victim Advocate Services, then escorted back out where

I was circled by a group of men, and made eye contact with DeShon Muse, who used his right hand to my existing injury causing futher pain and suffering.

        Abuse of Force, Battery  $ 30,000.00

I seek the award of $4,000,000 (Four Million Dollars), for the PERSONAL INJURIES, DAMAGE TO PROPERTY, AND THE VIOLATIONS OF TRESPASSING IMPOSED UPON MYSELF AND MY FAMILY TO THE NEGLIANCE AND MISGUIDED MISREPRESENTION THIS PARISH, AND THE AUTHORITIVE POWERS IN CONTROL HAVE INFLICTED UPON ME.

I further request that through process service and summons to appear be Ordered for Court Proceedings scheduled for May 19, 2023, the appearance of Stephen Carl Norder, specific assailant to the Trespassing with intent to cause Bodily Harm and Personal Injury incident that occurred on January 12, 2022.

*Karla Klenert*
*49567 LA Highway 16*
*Denham Springs, LA 70706*
*Saint Helena Parish*

*Karla Klenert*
*5/5/23*

11 of 10